

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

Writer Direct: (518) 776-2578
December 10, 2024

Hon. Glenn T. Suddaby
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Re:     *Bauer v. Iodice, et al.*
        *Northern District of New York*
        24-CV-01077 (GTS)(ML)

Dear Judge Suddaby:

I write this letter pursuant to Text Order dated November 12,2024, requiring that the parties submit a joint status update as to the progress of settlement negotiations and whether a settlement conference would be beneficial in this case. Text Order ECF No. 52. Although the Court indicated that the parties should file a joint status update, the parties were unable to reach an agreement as to the breadth of the required response.  As such, the undersigned is responding separately concerning the status of settlement.

Plaintiff submitted a settlement demand on June 26, 2024, while I was on extended leave. Upon my return to the office in August 2024, and after reacclimating myself to this file, I began internal discussions within my office to obtain settlement authority in September 2024. That process is still ongoing.

Based on Plaintiff's initial demand, and the fact that the undersigned is still going through the settlement process, Defendants believe that a settlement conference would not be a good use of current time and resources and that a trial date should be set.  However, should the undersigned obtain the requested authority in this matter, Defendants remain open to discussions with Plaintiff's counsel as the parties prepare for trial.

Thank you for your consideration of this matter.

Respectfully,

Anthony R. Huntley
Assistant Attorney General
Bar Roll No. 703953
Anthony.Huntley@ag.ny.gov

cc:    **Katherine R. Rosenfeld**
Emery Celli Brinckerhoff, Abady, Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
212-763-5000
Email: krosenfeld@ecbawm.com

**Eric Abrams**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue - 10th Floor
New York, NY 10020
212-763-5000
Fax: 212-763-5001
Email: eabrams@ecbawm.com