UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADAM BAUER,

                            *Plaintiff*,        **NOTICE OF MOTION**

-against-                            9:22-CV-1007

ANTONIO IODICE, NICHOLAS ANZALONE, ALFRED        GLS/ML
ZEINA, THOMAS MCNANEY,

                            *Defendants*.

---

      PLEASE TAKE NOTICE that upon the accompanying Declaration of William A. Scott and accompanying Memorandum of Law, the Office of the New York State Attorney General, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Syracuse, New York, pursuant to Northern District of New York Local Rule 11.1(b) for an order allowing the Office of the New York State Attorney General to withdraw as counsel for Defendants Antonio Iodice, Alfred Zeina, Thomas McNaney, and Nicholas Anzalone.

Dated: Albany, New York
January 10, 2025

                                                LETITIA JAMES
New York State Attorney General
Attorney for Defendants
The Capitol
Albany, New York 12224

By: _____
Olivia R. Cox
Assistant Attorney General, of Counsel
Bar Roll No. 703982
Telephone: (518) 776-2607
Email: Olivia.Cox@ag.ny.gov

TO:    Katherine Rosenfeld, Esq.
Eric Abrams, Esq.
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
*(Via ECF)*

Defendants
(*via U.S. Postal Service/Email*)