

**Office of the New York State Attorney General**

**Letitia James Attorney General**

May 6, 2025

<u>By ECF</u>
Hon. Glenn T. Suddaby
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261

Re:    *Bauer v. Iodice, et al.*, 22-CV-1007 (N.D.N.Y.) (GTS)

Dear Judge Suddaby:

    This office represents Defendants in the above-captioned matter. Defendants write pursuant to the Court's March 7, 2025 Text Order, ECF No. 64, to report on the status of settlement and to respectfully request permission to provide the Court a supplemental status report on the prospect of settlement on or before June 5, 2025.

    Pursuant to Public Officers Law § 17(3)(b), on April 30, 2025, Defendants submitted Plaintiff's proposed settlement to the Department of Corrections and Community Supervision (DOCCS) and DOCCS is currently reviewing Plaintiff's proposed settlement. As Defendants do not have settlement authority until DOCCS completes its review, Defendants request that the Court allow the parties to provide the Court a supplemental status report in 30-days.

    Plaintiff's counsel consents to Defendants' request for an extension of 30 days before submitting a request that trial date be set in this matter, based on the undersigned's representation that Defendants believe that 30 days will provide DOCCS sufficient time to authorize settlement, and that Defendants expect to be able to begin negotiating a settlement of this matter within those 30 days. To the extent that DOCCS does not grant said authority, or if the parties are otherwise unable to begin negotiations within these 30 days, Plaintiff intends to request that a trial be set at the Court's earliest convenience.

Thank you for your time and consideration.

                                                Respectfully submitted,

                                                _____
                                                Olivia R. Cox
                                                Assistant Attorney General
                                                Bar Roll No. 703982
                                                (518) 776-2607
                                                olivia.cox@ag.ny.gov

To: Attorneys of Record (via ECF)