

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

May 6, 2025

<u>By ECF</u>
Hon. Glenn T. Suddaby
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261

Re:   *Bauer v. Iodice, et al.*, 22-CV-1007 (N.D.N.Y.) (GTS)

Dear Judge Suddaby:

    This Office represents Defendants in the above-captioned matter. Defendants write pursuant to the Court's May 9, 2025 Text Order, ECF No. 68, to report on the status of settlement, and to respectfully request the Court schedule this matter for an in-person settlement conference. Defendants have sufficient authority to settle this matter, and believe that a settlement conference where all parties appear in person is the most effective way to resolve this litigation. The parties were unsuccessful in their attempts to negotiate settlement without Court intervention.

    If the Court grants this request, Defendants also request that the matter be referred to a Magistrate for mediation, and that the mediation take place in Albany, New York. In the event an attorney from DOCCS is directed to appear in-person, Albany is the most convenient forum as that is where DOCCS' Counsel's Office is located. Plaintiff consents to a settlement conference before the assigned Magistrate.

    Thank you for your time and consideration.

Respectfully submitted,

_____
Kostas D. Leris
Assistant Attorney General
Bar Roll No. 519646
(518) 776-2574
<u>Kostas.Leris@ag.ny.gov</u>

To: All attorneys of record (via CM/ECF)